**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 16-7008**

———————

UNITED STATES OF AMERICA,

                Plaintiff – Appellee,

      v.

SHARU BEY, a/k/a Jeffrey Lewis,

                Defendant - Appellant.

———————

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Frank D. Whitney, Chief District Judge. (3:07-cr-00079-FDW-2)

———————

Submitted: November 17, 2016      Decided: November 22, 2016

———————

Before KING, DUNCAN, and DIAZ, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Sharu Bey, Appellant Pro Se. Steven R. Kaufman, Assistant United States Attorney, Charlotte, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sharu Bey appeals the district court's text order denying his Fed. R. Crim. P. 36 motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Bey</u>, No. 3:07-cr-00079-FDW-2 (W.D.N.C. July 14, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>